The Kantrow Law Group, PLLC
Proposed Attorneys for Debtor
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In re:

Chapter 11
109 JEROME AVE, LLC, Case No. 26-

Debtor.
----------------------------------------------------------------------X

**DEBTOR'S LOCAL RULE 1007-2 AFFIDAVIT**

STATE OF NEW YORK )
)
COUNTY OF NEW YORK )

Eduard Gitlin, being duly sworn, deposes and states as follows:

1. 109 Jerome Ave, LLC, the debtor (the "Debtor") is the owner of the real property commonly known as 109 Jerome Avenue, Deal, New Jersey (the "Real Property"). The Real Property has a tortured history which has resulted in the filing of the instant bankruptcy case. Prior to becoming the owner of the Real Property, the Debtor was owned solely by a chapter 7 debtor. The chapter 7 debtor's bankruptcy trustee noticed a sale of the chapter 7 debtor's interest in the real property pursuant to section 363 of the Bankruptcy Code. The current owner was the successful bidder at auction and acquired the membership interest and necessarily, as a result thereof, owns the Real Property. Currently, the chapter 7 debtor and her spouse occupy, without any lease or other authority, the Real Property. Moreover, the chapter 7 debtor's spouse commenced an action in New Jersey designed to place a cloud on the title to the Real Property to make certain that 109 Jerome Ave, LLC, could not sell the Real Property as no title insurer would agree to insure the Real Property under the circumstances. For these reasons, the Debtor elected

to commence the chapter 11 case with the goal of conducting a sale of the Real Property to satisfy the mortgage as well as any other debts related to the Debtor and the Real Property.

2. The case was commenced under chapter 11 of the Bankruptcy Code.

3. There was no committee formed pre-petition.

4. Attached hereto is a list of the Debtor's 20 largest unsecured creditors.

5. The Debtor's secured creditor is its mortgagee, Lending Assets ("Leding Assets" and/or the "Mortgagee"). It is owed approximately $11,821,150.00 as of the date of the execution of this document.

6. The Debtor's assets consist solely of the Real Property with an approximate value of $13,500,000-15,000,000, pursuant to an appraisal conducted on June 15, 2026. The Debtor scheduled liabilities in the approximate amount of $11,821.150.00, including the secured debt held by Lending Assets.

7. A list of the holders of equity interests in the Debtor is attached hereto.

8. There is no property of the Debtor held by any custodian, public officer, mortgagee, pledgee, assignee of rents or secured credit, or any agent for any party.

9. The Debtor is the owner of the Real Property as set forth herein.

10. The Debtor's books and records are held by Eduard Gitlin.

11. A list of all actions involving the Debtor is annexed hereto.

12. The Debtor's senior management includes: (i) Eduard Gitlin; (ii) Cy Weiser and (iii) Jake Weiser.

13. The Debtor is operating as a going concern.

S/Eduard Gitlin
Eduard Gitlin

Sworn to before me on this
13th day of August 2026

S/Evgeni Iattcheni
Evgeni Iattcheni
Notary Public State of New York
Registration No. 02IA6346113
Qualified in Suffolk County
Comm. Exp. 8/8/2028